**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William J. Barker III<br>  aka William James Barker, III<br>  aka William Barker, III<br>  aka William Barker<br>  aka Bill Barker<br><br>     Debtor | CHAPTER 13<br><br>BKY. NO. 18-14797 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

            Respectfully submitted,

            **/s/ Rebecca A. Solarz, Esquire**
            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322 FAX (215) 627-7734