UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Bankr. Case No. 18-14797-MDC-13

WILLIAM J. BARKER                                                Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By   /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-14797-MDC-13

WILLIAM J. BARKER  Chapter 13

  Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 2, 2018 :

MARK A BERENATO  William Miller
PO BOX 167  583 Bourse Building
MENDENHALL, PA  19357  111 So. Independence
  Philadelphia, PA 19106

By /s/ Mandy Youngblood
  Mandy Youngblood

xxxxx88065 / 964303