# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                          Chapter 13

                                          Bankruptcy No. 18-14797-MDC

WILLIAM J BARKER, III

120 JEFFERSON AVENUE

CHELTENHAM, PA 19012

       Debtor

## **CERTIFICATE OF SERVICE**

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

     WILLIAM J BARKER, III

     120 JEFFERSON AVENUE

     CHELTENHAM, PA 19012

Counsel for debtor(s), by electronic notice only.

     MARK A. BERENATO
     MARK A. BERENATO, ATTORNEY AT LAW
     P.O. BOX 167
     MENDENHALL, PA 19357-

Date: 10/1/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee