**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WILLIAM J BARKER, III                                   Chapter 13

            Debtor                    Bankruptcy No. 18-14797-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___1st___ day of ___November___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK A. BERENATO
MARK A. BERENATO, ATTORNEY AT LAW
P.O. BOX 167
MENDENHALL, PA 19357-


Debtor:
WILLIAM J BARKER, III

120 JEFFERSON AVENUE

CHELTENHAM, PA 19012