United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14797-mdc
William J. Barker, III                                             Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2          Date Rcvd: Nov 01, 2018
                             Form ID: pdf900          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
```
db         +William J. Barker, III,   120 Jefferson Avenue,   Cheltenham, PA 19012-2209
cr         +Americredit Financial Services, Inc.Dba GM Financi,   P.O. Box 183853,
             Arlington, TX 76096-3853
14172789  ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
            (address filed with court: Americredit Financial Services, Inc.,   DBA GM Financial,
             P.O Box 183853,   Arlington, TX 76096)
14199856   +Antero Capital, LLC,   PO BOX 1931,   Burlingame, CA 94011-1931
14171337   +DITECH FINANCIAL LLC,   c/o REBECCA ANN SOLARZ,   KML Law Group, P.C.,
             710 Market Street, Suite 5000,   Philadelphia, PA 19106-2312
14168504   +GM Financial,   PO Box 78143,   Phoenix, AZ 85062-8143
14168506   +Kay Jewelers,   15220 NW Greenbriar St.,   Beaverton, OR 97006-5744
14168516   +Midland Funding LLC,   1 International Plaza,   5th FL,   Philadelphia, PA 19113-1510
14205069    New Penn Financial, LLC,   d/b/a Shellpoint Mortgage Servicing,   PO Box 10826,
             Greenville, SC  29603-0826
14168510   +TD Bank,   PO Box 673,   Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Nov 02 2018 03:00:37   City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2018 03:00:03
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 02 2018 03:00:25   U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 02:58:38   Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14168505    +E-mail/Text: bankruptcy@rentacenter.com Nov 02 2018 03:00:56   Acceptance Now,
             5501 Headquarters Drive,   Plano, TX 75024-5837
14168503    +E-mail/Text: bankruptcy.bnc@ditech.com Nov 02 2018 02:59:48   Ditech Financial,   PO Box 6172,
             Rapid City, SD 57709-6172
14168513    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 02:58:40   LVNV Funding LLC,
             PO Box 1269,   Greenville, SC 29602-1269
14189105     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 02:58:41
             LVNV Funding, LLC its successors and assigns as,   assignee of Capital One, N.A.,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14186604    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 02 2018 03:00:14   MIDLAND FUNDING LLC,
             PO BOX 2011,   WARREN MI 48090-2011
14168514     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 02:59:22
             Portfolio Recovery Assoc.,   120 Corporate Blvd., STE 1,   Norfolk, VA   23502
14187422     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 02:58:39
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14169366    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 02:59:01
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14168508    +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 02:59:00   Syncb Home,   PO Box 965036,
             Orlando, FL 32896-5036
14168509    +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 02:59:00   Syncb Walmart,   PO Box 965024,
             Orlando, FL 32896-5024
14205777    +E-mail/Text: bncmailbw-legal.com Nov 02 2018 03:00:20   TD Bank USA, N.A.,
             C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14168511     E-mail/Text: tidewaterlegalebn@twcs.com Nov 02 2018 02:59:46   Tidewater Credit Services,
             6520 Indian River Road,   Virginia Beach, VA  23464
14178543     E-mail/Text: tidewaterlegalebn@twcs.com Nov 02 2018 02:59:46   Tidewater Finance Company,
             PO Box 13306,   Chesapeake, VA 23325
14168512    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 02 2018 02:59:42
             Verizon,   PO Box 650584,   Dallas, TX 75265-0584
14205282    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2018 02:58:41   Verizon,
             by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                TOTAL: 19
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14180266*  ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
            (address filed with court: AMERICREDIT FINANCIAL SERVICES, INC.,   DBA GM FINANCIAL,
             P.O BOX 183853,   ARLINGTON, TX 76096)
14168515   ##+Second Round LP,   4150 Fried Rich Lane,   Austin, TX 78744-1052
                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: John              Page 2 of 2        Date Rcvd: Nov 01, 2018
                              Form ID: pdf900         Total Noticed: 29
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2018 at the address(es) listed below:
```
          MARK A. BERENATO     on behalf of U.S. Trustee    United States Trustee mark@berenatolawfirm.com
          MARK A. BERENATO     on behalf of Debtor William J. Barker, III mark@berenatolawfirm.com
          REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
           Servicing bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM J BARKER, III                              Chapter 13


                    Debtor                Bankruptcy No. 18-14797-MDC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ____1st____ day of _____November_____, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
                    Magdeline D. Coleman
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK A. BERENATO
MARK A. BERENATO, ATTORNEY AT LAW
P.O. BOX 167
MENDENHALL, PA 19357-


Debtor:
WILLIAM J BARKER, III

120 JEFFERSON AVENUE

CHELTENHAM, PA 19012