IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

William J. Barker, III,

Debtor.

Chapter 13

Case No.   18-14797-mdc

MASTER MAILING LIST

Ditech Financial LLC
P.O. Box 6172
Rapid City, SD   57709

GM Financial
P.O. Box 78143
Phoenix, AZ   85062

Acceptance Now
15501 Headquarters Drive
Plano, TX   75024

Kay Jewelers
15220 NW Greenbriar Street
Beaverton, OR   97006

Syncb Home
P.O. Box 965036
Orlando, FL   32896

Syncb Walmart
P.O. Box 965024
Orlando, FL   32896

TD Bank
P.O. Box 673
Minneapolis, MN   55440

Tidewater Credit Services
6520 Indian River Road
Virginia Beach, VA   23464

Verizon
P.O. Box 650584
Dallas, TX   75265

LVNV Funding LLC
P.O. Box 1269
Greenville, SC   29602

Portfolio Recovery Associates
120 Corporate Blvd., STE. 1
Norfolk, VA    23502

Second Round LP
P.O. Box 41955
Austin, TX    78704

Midland Funding LLC
1 International Plaza, 5th FL
Philadelphia, PA    19113

_____
Mark A. Berenato
Attorney at Law
P.O. Box 167
Mendenhall, PA    19357
(610) 836-1874 (mobile)
mark@berenatolawfirm.com (email)